IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-5894 |
| | : | |
| MATTHEW WOLF | : | |

**DEFAULT JUDGMENT**

Plaintiff Malibu Media, LLC, brings claims against Matthew Wolf for willful copyright infringement based on Wolf's use of the BitTorrent protocol to copy and distribute the constituent elements of 24 movies to which Malibu Media owns the copyright. On February 5, 2014, Malibu Media filed proof of service indicating Wolf was served with the complaint and summons in this case by personal service on January 30, 2014. When Wolf failed to respond, Malibu Media filed a request for entry of default on March, 17, 2014, and the Clerk of Court entered Wolf's default the same day. On April 21, 2014, Malibu Media filed a motion for default judgment pursuant to Federal Rule of Civil Procedure 55. Upon consideration of Malibu Media's motion, and following a hearing on the motion on May 12, 2014, at which Wolf failed to appear despite the Court's efforts to notify him of the proceeding, it is ORDERED:

(1) Malibu Media's Motion for Entry of Default Judgment Against Defendant Matthew Wolf (Document 14) is GRANTED.

(2) Malibu Media is awarded the sum of $54,000.00 in statutory damages, as authorized under 17 U.S.C. § 504(c) (such sum consisting of an award of $2,250.00 for each of the 24 copyright violations alleged in the complaint), and $1,677.00 in attorneys' fees and costs, as authorized under 17 U.S.C. § 505, for a total monetary award of $60,142.00, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).

(3) Wolf is enjoined from directly, contributorily, or indirectly infringing Malibu Media's rights under federal or state law in the copyrighted works listed on Exhibit A attached hereto (hereinafter, the Works), including, without limitation, by using the internet, BitTorrent, or any other online media distribution system to reproduce (e.g., download) or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority or Malibu Media.

(4) Wolf is ordered to destroy all copies of Malibu Media's Works that he has downloaded onto any computer hard drive or server without Malibu Media's authorization, and shall destroy all copies of the Works transferred onto any physical medium or device in Wolf's possession, custody, or control.

(5) The Court shall retain jurisdiction over this action for six months or until judgment is satisfied to entertain such further supplementary proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Default Judgment.

The Clerk of Court is DIRECTED to mail a copy of this Default Judgment to Matthew Wolf at the following address: 60 S. Charlotte Street, Pottstown, PA 19464. The Clerk of Court is also directed to mark this case CLOSED for statistical purposes.

Date: May 12, 2014                                                          BY THE COURT:


                                                                            /s/ Juan R. Sánchez
                                                                            Juan R. Sánchez, J.